# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140716

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

THOMAS CHAD CLEMENT,
       Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140716
COA: 294683
Kent CC: 08-011152-FH

_____/

On order of the Court, the application for leave to appeal the December 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

_____
Clerk